**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Pauline Lem and Timothy Mars

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>                *Plaintiff*,<br><br>v.<br><br>**Hoy Lem**, in individual and representative capacity as trustee; **Pauline Lem**, in individual and representative capacity as trustee; **Timothy Mars**; and Does 1-10,<br><br>                *Defendants*. | Case No. 2:16-cv-09417-TJH-JEM<br><br>**OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM LATE FILING**<br><br>Hon. Terry J. Hatter<br><br>   First Street Courthouse<br>   350 W. 1st Street<br>   Courtroom #9B, 9th Floor<br>   Los Angeles, California 90012<br><br>Date: Not set<br>Time: UNDER SUBMISSION |

Defendants Pauline Lem and Timothy Mars herewith serve their opposition to Plaintiff's Ex Parte Application for Relief from Late Filing.

## I.
## INTRODUCTION

This case involves suit under the Americans with Disabilities Act ("ADA") and various state-law theories. On June 19, 2017, Defendants filed their motion for summary judgment as to the federal claim with request to decline supplemental jurisdiction over state claims. The hearing was ostensibly set for July 31, 2017

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Opp to Ex Parte        1        2:16-cv-09417-TJH-JEM
**DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION**

although the matter would be deemed submitted without oral argument. The date gave Plaintiff more than enough time to file his opposition.

## II.

## DISCUSSION

**1.  FIVE OR MORE ATTORNEYS FOR PLAINTIFF RECEIVED NOTICE OF THE MOTION**

As indicated on service through ECF, Plaintiff is represented by no fewer than five attorneys.

<u>Dennis Jay Price , II</u>    dennisp@potterhandy.com, wesleyc@potterhandy.com
<u>Isabel Rose Masanque</u>    isabelm@potterhandy.com
<u>Phyl Grace</u>    phylg@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com
<u>Raymond George Ballister , Jr</u>    rayballister@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com
<u>Russell C Handy</u>    russ@potterhandy.com, sts@potterhandy.com, wesleyc@potterhandy.com

In fact, if discrete e-mail addresses are counted, no fewer than 6 or 7 individuals (if not more) receive notice of all filings.[1]

While Defendants are not unsympathetic to the plight of Mr. Handy, he is one of the attorneys on the case and, thusly, any other attorney could have handled the opposition in his absence.

**2.  THE TIMING OF THE INCIDENT DOES NOT EXCUSE THE FILING NOR EXPLAIN THE FAILURE TO PROMPTLY INFORM THE COURT OF REASONS FOR DELAY**

Furthermore, as Mr. Handy notes in his declaration, the incident occurred on July 7, 2017. (Handy decl., ¶4). That date fell on a Friday. He admits that the opposition was due on Monday, July 10, 2017. (Handy decl., ¶3).

It defies credibility that no one else at the firm was aware of the deadline, given the broad distribution of notice indicated above. Furthermore, at no time between July 10th (when the opposition was due) and July 17th did anyone at the

---

[1] Including "Wesley C." and "sts@potterhandy.com"

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Opp to Ex Parte    2    2:16-cv-09417-TJH-JEM
**DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION**

firm attempt to contact either this Court or Defendants' counsel to advise of the incident.

Simply put, Plaintiff's counsel offer no justification for their failure, at the very least, to advise the Court and opposing counsel of the incident and to request additional time.

Furthermore, there are aspects of Plaintiff's papers filed this date that seriously undermine the claim that time was needed merely because of the alleged incident, specifically as follows:

The declaration of Rafael Arroyo (ECF Doc 19-2) is dated ***July 17, 2017***

The declarations of Louis Evans (ECF Doc 19-4) and Elliott Montgomery (ECF Doc 19-7) are dated ***July 14, 2017***

The declaration of Janis Kent, Plaintiff's expert (ECF Doc 19-9) is dated ***July 14, 2017***

Plaintiff and his counsel (all of them) had plenty of time to file a *timely* opposition. Nevertheless, not one single document supporting the opposition appears to have even been prepared prior to the deadline.

3. **THE PRESENCE OF MATTER RELATING TO PLAINTIFF'S DESIRE TO AMEND IS TELLING OF LIKELY GAMESMANSHIP ON PLAINTIFF'S PART**

Beyond the foregoing, as troubling as Plaintiff's ex parte application are the considerable portions of Plaintiff's opposition papers devoted to future (proposed) amendments and more litigation.

The *entirety* of the Declaration of Elliott Montgomery (ECF Doc. 19-7) is devoted to a discussion of meet and confer efforts regarding amending the complaint. What is clear from the Montgomery declaration is that such motion could not have been brought, at the earliest, until after Defendants' motion for summary judgment was deemed submitted. By now *unilaterally* extending the briefing time and time before the matter is deemed submitted (assuming this Court were to grant Plaintiff's ex parte application), Plaintiff's would feel themselves

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Opp to Ex Parte — 3 — 2:16-cv-09417-TJH-JEM
**DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION**

free to file other motions in order to increase the scope of litigation and, thereby, render moot Defendants' motion.

Plaintiff should not be permitted to so dispose of Defendant's motion.

**4.  THE PRESENCE OF MATTER RELATING TO PLAINTIFF'S DESIRE TO AMEND IS TELLING OF LIKELY GAMESMANSHIP ON PLAINTIFF'S PART**

Beyond the foregoing, as troubling as Plaintiff's ex parte application are the considerable portions of Plaintiff's opposition papers devoted to future (proposed) amendments and more litigation.

**5.  IF GRANTED, THIS COURT SHOULD AFFORD PLAINTIFF VERY LIMITED RELIEF**

If this Court is at all inclined to favorably consider the ex parte application, it should permit the filing of the opposition but no other motion on Plaintiff's part. Defendants should be permitted to respond to Plaintiff's papers and the matter thereafter submitted. Plaintiff should not be allowed to move to amend the complaint and to add new claims prior to this Court's ruling on Defendants' (then-) submitted motion.

### III.
### CONCLUSION

For the foregoing reasons, Defendants respectfully submit that Plaintiff's ex parte application should be DENIED or, if granted, that Plaintiff should not be permitted to file any motion or other papers seeking affirmative relief until this Court issues its ruling on Defendants' motion.

Dated: July 17, 2017        LAW OFFICES OF STEPHEN ABRAHAM

By:  /s/ Stephen E. Abraham
     Stephen E. Abraham
     Attorneys for Defendants

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

Opp to Ex Parte                                   4                              2:16-cv-09417-TJH-JEM
DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

On July 17, 2017, I served the foregoing document described as: **OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM LATE FILING** thereon on all interested parties in this action as follows:

| | |
|---|---|
| Raymond G. Ballister<br>Phyl Grace<br>P.O. Box 262490<br>San Diego, CA 92196-2490<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191<br>e-Mail: phylg@potterhandy.com | Representing Plaintiff |

[x]   **e-Filing pursuant to Court order**

Executed on July 17, 2017, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                  /s/ Stephen E. Abraham
                                  Stephen E. Abraham

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

Opp to Ex Parte      2:16-cv-09417-TJH-JEM

**PROOF OF SERVICE**