UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**Hoy Lem,** in individual and representative capacity as trustee; <br>**Pauline Lem,** in individual and representative capacity as trustee; <br>**Timothy Mars**; and Does 1-10, <br><br>　　　　Defendants. | Case No.: 2:16-CV-09417-TJH-JEMx <br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM LATE FILING [DKT. NO. 20]** |

## **ORDER**

Upon consideration of Plaintiff's *Ex Parte* Application pursuant to Federal Rules of Civil Procedure 6(b), and opposition thereto, the Court finds good cause to relieve Plaintiff from the late filing of his opposition to Defendant's Motion for Summary Judgment. Plaintiff's *Ex Parte* Application is GRANTED. Plaintiff's opposition brief at Docket No. 19 is deemed timely submitted.

Defendant's deadline to file a reply brief is pursuant to the Local Rules.

The motion hearing date on Defendant's Motion for Summary Judgment is continued to August 7, 2017.   IT IS SO ORDERED.

Dated: July 25, 2017

By: _____

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1